SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Douglas R. Nemec (DN0511)
Emily J. Zelenock (EZ1574)
James L. Leonard, Jr. (JL8890)
Four Times Square
New York, NY 10036-6522
(212) 735-3000

Counsel for Plaintiffs
Martin Professional A/S and
Martin Professional, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
MARTIN PROFESSIONAL A/S and MARTIN      : Case No. 07 Civ. 3529 (JSR)
PROFESSIONAL, INC.                       :
                                         :
                    Plaintiffs,          :
                                         :
        - against -                      : RULE 7.1(a) CORPORATE
                                         : DISCLOSURE STATEMENT
ROBE SHOW LIGHTING S.R.O. and ROBE       :
AMERICA, LLC                             :
                                         :
                    Defendants.          :
                                         :
------------------------------x

## PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Plaintiff Martin Professional, Inc. hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure. Martin Professional, Inc. is 100 percent owned by Martin Professional A/S.

                                                Respectfully submitted,

Dated: May 2, 2007

                                                _____
Douglas R. Nemec (DN0511)
Emily J. Zelenock (EZ1574)
James L Leonard, Jr. (JL8890)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000

Counsel for Plaintiffs Martin Professional A/S and Martin Professional, Inc.