SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Douglas R. Nemec (DN0511)
Emily J. Zelenock (EZ1574)
James L. Leonard, Jr. (JL8890)
Four Times Square
New York, NY 10036-6522
(212) 735-3000

Counsel for Plaintiffs
Martin Professional A/S and
Martin Professional, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
MARTIN PROFESSIONAL A/S and MARTIN    :   Case No. 07 Civ. _____
PROFESSIONAL, INC.                    :
                                      :
                  Plaintiffs,         :
                                      :
        - against -                   :   RULE 7.1(a) CORPORATE
                                      :   DISCLOSURE STATEMENT
ROBE SHOW LIGHTING S.R.O. and ROBE    :
AMERICA, LLC                          :
                                      :
                  Defendants.         :
                                      :
------------------------------------x

## PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Plaintiff Martin Professional A/S hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure. Martin Professional A/S is 100 percent owned by Aktieselskabet Schouw & Co.

|  | Respectfully submitted, |
|---|---|
| Dated: May 2, 2007 | *[signature]*<br>Douglas R. Nemec (DN0511)<br>Emily J. Zelenock (EZ1574)<br>James L Leonard, Jr. (JL8890)<br>SKADDEN, ARPS, SLATE<br>  MEAGHER & FLOM, LLP<br>Four Times Square<br>New York, New York 10036-6522<br>Tel: (212) 735-3000<br>Fax: (212) 735-2000<br><br>Counsel for Plaintiffs Martin Professional A/S and Martin Professional, Inc. |