SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Douglas R. Nemec (DN0511)
Emily J. Zelenock (EZ1574)
James L. Leonard, Jr. (JL8890)
Four Times Square
New York, NY 10036-6522
(212) 735-3000

Counsel for Plaintiffs
Martin Professional A/S and
Martin Professional Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
MARTIN PROFESSIONAL A/S and
MARTIN PROFESSIONAL, INC.           :
                                        07-CV-3529 (JSR)
           Plaintiffs,              :
                                        **APPLICATION FOR ENTRY**
     - against -                    :   **OF DEFAULT**

ROBE SHOW LIGHTING S.R.O. and ROBE  :
AMERICA, LLC

           Defendants.
------------------------------x

       Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1, Plaintiffs Martin Professional A/S and Martin Professional, Inc. (collectively, "Martin" or "Plaintiffs"), through their attorneys, respectfully apply for an entry of default against Robe Show Lighting, s.r.o. and Robe America, LLC (collectively, "Robe" or "Defendants").

       As set forth in the attached Affidavit of Douglas R. Nemec, entry of default against Robe is appropriate because (1) Robe is not an infant, in the military, or an incompetent

1

person; (2) Robe has failed to plead or otherwise defend this action; and (3) the complaint to which Robe has not answered was properly served.

Dated: June 6, 2007    Respectfully Submitted,

_____
Douglas R. Nemec (DN0511)
Emily J. Zelenock (EZ1574)
James L. Leonard, Jr. (JL8890)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036-6522
Tel: (212)735-3000
Fax: (212) 735-2000

Counsel for Plaintiffs Martin Professional A/S and Martin Professional, Inc.

2