UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

MARTIN PROFESSIONAL A/S and
MARTIN PROFESSIONAL, INC.

               Plaintiffs,

- against -

ROBE SHOW LIGHTING S.R.O. and ROBE
AMERICA, LLC

               Defendants.

------------------------------x

07-CV-3529 (JSR)

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT**

STATE OF NEW YORK  )
                       : ss.:
COUNTY OF NEW YORK  )

Douglas R. Nemec, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and a partner in the firm Skadden, Arps, Slate, Meagher& Flom LLP, attorneys for Plaintiffs Martin Professional A/S and Martin Professional, Inc. (collectively, "Martin" or "Plaintiffs") in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to Rule 55.1 of the Civil Rules for the Southern District of New York, in support of Martin's application for the entry of default against Defendants Robe Show Lighting, s.r.o. and Robe America, LLC (collectively, "Robe" or "Defendants").

3. Defendants are corporate entities and, as such, are not minors, mentally incompetent, or in the military service of the United States.

4. This action was commenced on May 3, 2007 by the filing of the summons and complaint. Copies of the summons and complaint were properly served on each of the

Defendants on May 8, 2007 by personal service on Defendants' registered agent, Jeffrey R. Eisensmith, P.A., at 5561 North University Drive Suite 103, Coral Springs, Florida, and proof of such service thereof was filed with the Court on May 22, 2007. The time for the Defendants to answer the complaint expired on May 29, 2007. Defendants have failed to answer the complaint or otherwise defend this action.

      WHEREFORE, Plaintiffs request the entry of Default against Defendants.

Dated: New York, New York
      June 6, 2007

                                      Douglas R. Nemec

Sworn to before me this 6th
day of June, 2007

Notary Public

LINDSAY S. McCRORY
NOTARY PUBLIC, State of New York
No. 01MC6151815
Qualified in New York County
Commission Expires Aug. 28, 2010

2