*Lakoff J*

**ORIGINAL**

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Douglas R. Nemec (DN0511)
Emily J. Zelenock (EZ1574)
James L. Leonard, Jr. (JL8890)
Four Times Square
New York, NY 10036-6522
(212) 735-3000

Counsel for Plaintiffs
Martin Professional A/S and
Martin Professional Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARTIN PROFESSIONAL A/S and
MARTIN PROFESSIONAL, INC.　　　　　　　　:

　　　　　　　　Plaintiffs,　　　　　　　　:　　07-CV-3529 (JSR)

　　- against -　　　　　　　　　　　　　　　:　　**DEFAULT JUDGMENT**

ROBE SHOW LIGHTING S.R.O. and ROBE　:
AMERICA, LLC

　　　　　　　　Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

*This application was rendered moot by the agreement reached today in the telephone conference with the Court extending defendants' time to answer on certain conditions.*

*SO ORDERED*
[signature]
*USDJ*
*6-19-07*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-22-07
```

This action having been commenced on May 3, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant Robe America, LLC on May 8, 2007 by serving Robe America, LLCs registered agent, Jeffrey R. Eisensmith, P.A. by hand delivery, at 5561 North University Drive Suite 103, Coral Springs, Florida, and proof of such service having been filed with the Court on May 22, 2007; and a copy of the Summons and Complaint having been personally served on the Defendant Robe Show Lighting, s.r.o. by serving its agent operating in the United States, Robe

America, LLC, by way of serving its registered agent, Jeffrey R. Eisensmith, P.A. by hand delivery, at 5561 North University Drive Suite 103, Coral Springs, Florida, and proof of such service having been filed with the Court on May 22, 2007; and the Defendants not having answered the Complaint or otherwise defended the action, and the time for answering the Complaint having expired on May 29, 2007, it is

ORDERED, ADJUDGED AND DECREED THAT:

(a) Defendants have infringed the '973 and '770 patents in violation of 35 U.S.C. § 271;

(b) Defendants' infringement of the '973 and '770 patents has been willful;

(c) Defendants, and all persons in active concert or participation with Defendants, are preliminarily and permanently enjoined, pursuant to 35 U.S.C. § 283, from any further acts of infringement of the '973 and '770 patents;

(d) Plaintiffs have judgment against Defendants in an amount adequate to compensate for Defendants' infringement of the '973 and '770 patents, in an amount to be determined at an accounting, but in no event less than a reasonable royalty as prescribed by 35 U.S.C. § 284;

(e) Plaintiffs' judgment against Defendants is trebled, pursuant to 35 U.S.C. § 284, in view of Defendants' willful and wanton infringement of the '973 and '770 patents;

(f) Plaintiffs are awarded interest on their damages and costs incurred in this action, pursuant to 35 U.S.C. § 284; and

(g) This case is exceptional and warrants awarding Plaintiffs their reasonable attorneys' fees incurred in this action, as prescribed by 35 U.S.C. § 285.

Dated: New York, New York
_____



_____
U.S.D.J. Jed S. Rakoff

This document was entered on the docket on _____.

2