AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

MARTIN PROFESSIONAL A/S and
MARTIN PROFESSIONAL, INC.

**APPEARANCE**

        Plaintiffs,

  -against-

Case Number: 07-CV-3529 (JSR)

ROBE SHOW LIGHTING S.R.O. and
ROBE AMERICA, LLC

        Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Robe Show Lighting S.R.O and Robe America LLC

Arianna Frankl
Dreier LLP
afrankl@dreierllp.com

I certify that I am admitted to practice in this court.

| 6/15/2007 | *[signature]* |
|---|---|
| Date | Signature |

| Arianna Frankl | AF 7764 |
|---|---|
| Print Name | Bar Number |

499 Park Avenue
Address

| New York | New York | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 328-6100 | (212) 600-9499 |
|---|---|
| Phone Number | Fax Number |