AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

MARTIN PROFESSIONAL A/S and
MARTIN PROFESSIONAL, INC.

        Plaintiffs,

-against-

ROBE SHOW LIGHTING S.R.O. and
ROBE AMERICA, LLC

        Defendants.

**APPEARANCE**

Case Number: 07-CV-3529 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Robe Show Lighting S.R.O and Robe America LLC

Karine Louis
Dreier LLP
klouis@dreierllp.com

I certify that I am admitted to practice in this court.

| 6/15/2007 | *signature* |
|---|---|
| Date | Signature |
| | Karine Louis     KL 6652 |
| | Print Name     Bar Number |
| | 499 Park Avenue |
| | Address |
| | New York     New York     10022 |
| | City     State     Zip Code |
| | (212) 328-6100     (212) 600-9499 |
| | Phone Number     Fax Number |