UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
MARTIN PROFESSIONAL A/S and          :
MARTIN PROFESSIONAL, INC.,
                                     :
          Plaintiffs,
                                     :
     v.                                   Case No. 07-cv-3529 (JSR) (FM)
                                     :
ROBE SHOW LIGHTING S.R.O. and
ROBE AMERICA, LLC,                   :
          Defendants.                :
------------------------------------x

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendants Robe Show Lighting S.R.O. and Robe America, LLC, by and through their undersigned counsel, and pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby file this Corporate Disclosure Statement and states as follows:

(1)     Defendants have no parent corporations; and

(2)     No publicly held company owns 10% or more of the stock of either Defendant.

Dated: New York, New York
June 29, 2007

        DREIER LLP

        By: _____
           Seth H. Ostrow (SO 9605)
           Arianna Frankl (AF 7764)
           Karine Louis (KL 6652)

        499 Park Avenue
        New York, New York 10022
        Telephone: (212) 328-6100
        Facsimile: (212) 600-9499


        KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
        Michael B. Chesal, Esq.
        (*Pro Hac Vice* Admission Pending)
        201 S. Biscayne Bldv., 17th Floor
        Miami, Florida 33131
        Telephone: (305) 379-9000
        Facsimile: (305) 379-3428
        Email: mchesal@kpkb.com

        Attorneys for Defendants Robe Show
        Lighting S.R.O. and Robe America, LLC

## **DECLARATION OF SERVICE**

I, Karine Louis, declare that on the 29th day of June 2007, I caused a true and correct copy of the Defendants' Rule 7.1 Corporate Disclosure Statement, to be served upon the following persons in the manner indicated:

*By ECF Service and First Class Mail*:

Douglas R. Nemec
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Emily Justine Zelenock
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

James Lydell Leonard
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Attorneys for Plaintiffs Martin Professional A/S
and Martin Professional, Inc.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of June 2007 at New York, New York.


_____Karine Louis_____
Karine Louis

269074