**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
MARTIN PROFESSIONAL A/S and       :
MARTIN PROFESSIONAL, INC.,
                                  :   Case No. 07-cv-3529 (JSR) (FM)
            Plaintiffs,
                                  :
      v.
                                  :   **MOTION TO ADMIT**
ROBE SHOW LIGHTING S.R.O. and     :   **COUNSEL *PRO HAC VICE***
ROBE AMERICA, LLC,
            Defendants.           :
------------------------------------x

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Seth Ostrow, a member in good standing of the bar of the Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Michael B. Chesal |
| Firm Name: | Kluger, Peretz, Kaplan & Berlin, P.L. |
| Address: | 201 S. Biscayne Blvd., 17th Floor |
| City/State/Zip: | Miami, Florida 33131 |
| Phone Number: | (305) 379-9000 |
| Fax Number: | (305) 379-3428 |
| Email Address: | mchesal@kpkb.com |

Michael B. Chesal is a member in good standing of the Bar of the State of Florida. There are no pending disciplinary proceedings against Michael B. Chesal in any state or Federal Court. Plaintiffs' counsel have no objection to this motion.

Dated: New York, New York
      June 29, 2007

DREIER LLP

By: /s/ *signature*
Seth H. Ostrow (SO 9605)
Arianna Frankl (AF 7764)
Karine Louis (KL 6652)

499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 600-9499

Attorneys for Defendants Robe Show Lighting S.R.O. and Robe America, LLC

## DECLARATION OF SERVICE

I, Karine Louis, declare that on the 29th day of June 2007, I caused a true and correct copy of the Motion to Admit Counsel Pro Hac Vice, to be served upon the following persons in the manner indicated:

*By First Class Mail*:

Douglas R. Nemec
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Emily Justine Zelenock
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

James Lydell Leonard
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Attorneys for Plaintiffs Martin Professional A/S
and Martin Professional, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of June 2007 at New York, New York.

269308

*[signature]*
Sophia Shalaby

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
MARTIN PROFESSIONAL A/S and         :
MARTIN PROFESSIONAL, INC.,
                                    :   Case No. 07-cv-3529 (JSR) (FM)
          Plaintiffs,
                                    :
     v.
                                    :   **Declaration of Seth H. Ostrow**
ROBE SHOW LIGHTING S.R.O. and           **in Support of Motion To Admit**
ROBE AMERICA, LLC,                  :   **Counsel *Pro Hac Vice***
          Defendants.
                                    :
------------------------------------x

I, Seth H. Ostrow, hereby declare under penalty of perjury as follows:

1.     I am a Partner at Dreier LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Michael B. Chesal as counsel *pro hac vice* to represent Defendants in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law on May 19, 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     Mr. Chesal is a Partner at the firm of Kluger, Peretz, Kaplan & Berlin, P.L., located at 201 S. Biscayne Bldv., 17th Floor, Miami, Florida 33131.

4.     I believe Mr. Chesal to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.     Plaintiffs' counsel have no objection to this motion.

6.      Accordingly, I am pleased to move for the admission of Mr. Chesal, *pro hac vice*.

7.      I respectfully submit the proposed order granting the admission of Mr. Chesal, *pro hac vice*, which is attached hereto as Exhibit A.

Dated: New York, New York
         June 29, 2007

DREIER LLP

By: _____
Seth H. Ostrow (SO 9605)
Arianna Frankl (AF 7764)
Karine Louis (KL 6652)

499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 600-9499

Attorneys for Defendants Robe Show
Lighting S.R.O. and Robe America, LLC

2

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### MICHAEL BRUCE CHESAL

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **October 27, 1988**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this June 22, 2007.*

*Clerk of the Supreme Court of Florida*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
MARTIN PROFESSIONAL A/S and :
MARTIN PROFESSIONAL, INC.,
:  Case No. 07-cv-3529 (JSR) (FM)
        Plaintiffs,
:
    v.
:  **ORDER OF ADMISSION**
ROBE SHOW LIGHTING S.R.O. and   **PRO HAC VICE**
ROBE AMERICA, LLC,   **ON WRITTEN MOTION**
        Defendants. :

------------------------------------x

Upon the motion of Seth H. Ostrow, attorney for Defendants Robe Show Lighting S.R.O. and Robe America, LLC, and said sponsor attorney's affidavit:

**IT IS HEREBY ORDERED THAT:**

| | |
|---|---|
| Applicant's Name: | Michael B. Chesal |
| Firm Name: | Kluger, Peretz, Kaplan & Berlin, P.L. |
| Address: | 201 S. Biscayne Blvd., 17th Floor |
| City/State/Zip: | Miami, Florida 33131 |
| Phone Number: | (305) 379-9000 |
| Fax Number: | (305) 379-3428 |
| Email Address: | mchesal@kpkb.com |

is admitted to practice *pro hac vice* as counsel for Defendants Robe Show Lighting S.R.O. and Robe America, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is

2

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____                    _____
                                          United States District/Magistrate Judge