RAKOFF, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MARTIN PROFESSIONAL A/S :
and MARTIN PROFESSIONAL, INC.
: Case No. 07 Civ. 3529 (JSR)
Plaintiffs,
:
- against -
: STIPULATION AND ORDER
ROBE SHOW LIGHTING S.R.O. and
ROBE AMERICA, LLC :

Defendants. :

------------------------------------x

Subject to the approval of the Court, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for Plaintiffs Martin Professional A/S and Martin Professional, Inc. ("Martin") and Defendants Robe Show Lighting s.r.o. and Robe America, LLC ("Robe"), that the following discovery deadlines shall be extended by one week in view of the fact that the parties have reached an agreement in principle to resolve the above captioned action, and would like to devote their full attention to finalizing the settlement agreement:

- The time within which the parties shall submit their initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure is extended by one week from July 27, 2007 to August 3, 2007;

- The time within which the parties shall submit their first request for production of documents, pursuant to paragraph D(1) of the Court's Case Management Plan (Docket Entry 16), is extended by one week from July 30, 2007 to August 6, 2007;

- The time within which the parties shall serve interrogatories pursuant to Rule 33.3(a) of the Local Civil Rules of the Southern District of New York and paragraph D(2) of the Court's Case Management Plan (Docket Entry 16), is extended by one week from July 30, 2007 to August 6, 2007; and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-25-07

- The time within which Martin shall serve its preliminary infringement contentions, pursuant to agreement of the parties, is extended by one week from July 30, 2007 to August 6, 2007.

AGREED TO AND ACCEPTED BY:

Date: July 24, 2007

*[signature]*

Douglas R. Nemec (DN 0511)
Emily J. Zelenock (EZ 1574)
James L. Leonard, Jr. (JL 8890)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Fax: 212.777.2419
E-mail: dnemec@skadden.com
ezelenock@skadden.com
jleonard@skadden.com

*Attorneys for Plaintiffs,
Counterclaim-Defendants
Martin Professional A/S and
Martin Professional, Inc.*

Date: July 24, 2007

*[signature]*

Seth H. Ostrow (SO 9605)
Arianna Frankl (AF 7764)
Karine Louis (KL 6652)
DREIER LLP
499 Park Avenue
New York, New York 10022
Fax: 212.328.6101
E-mail: sostrow@dreierllp.com
afrankl@dreierllp.com
klouis@dreierllp.com

*Counsel for Defendants,
Counterclaim-Plaintiffs
Robe Show Lighting S.R.O., and
Robe America, LLC*

SO ORDERED:

Dated: 7/24/07

*[signature]*
Judge Jed S. Rakoff
United States District Judge

2