Rakoff, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MARTIN PROFESSIONAL A/S,
MARTIN PROFESSIONAL, INC.,

    Plaintiffs,

v.

ROBE SHOW LIGHTING s.r.o., and
ROBE AMERICA, LLC,

    Defendants.
------------------------------------------------------------x

Case No. 07-CV-3529 (JSR) (FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-07

**STIPULATION AND ORDER OF DISMISSAL**
**UNDER FED. R. CIV. P. RULE 41**

The Parties have advised the Court that they have resolved the matters between them and agreed to the entry of this Stipulated Order of Dismissal as indicated by the signatures of their respective counsel below. The Court finds that this Stipulated Order of Dismissal should be entered, with the findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties and over the subject matter of this action under 28 U.S.C. §§ 1331, 1338. The Parties have advised the Court of their agreement to settle this matter pursuant to the Licensing Agreement and this Stipulated Order of Dismissal.

2. The Parties consent to the stipulated dismissal of this action, including all claims and counterclaims, with prejudice.

3. Each Party shall bear its own costs and attorneys' fees.

SO ORDERED:

Date: 9/7/08

Judge Jed S. Rakoff
UNITED STATES DISTRICT COURT JUDGE

AGREED TO AND ACCEPTED BY:

Douglas R. Nemec
Emily J. Zelenock
James L. Leonard, Jr.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Tel.: 212.735.3000
Fax: 212.777.2419
E-mail: dnemec@skadden.com
ezelenock@skadden.com
jaleonar@skadden.com

*Attorneys for Plaintiffs,
Counterclaim-Defendants
Martin Professional A/S and
Martin Professional, Inc.*

Seth H. Ostrow
Arianna Frankl
Karine Louis
DREIER LLP
499 Park Avenue
New York, New York 10022
Tel.: 212.328.6100
Fax: 212.328.6101
E-mail: sostrow@dreierllp.com
afrankl@dreierllp.com
klouis@dreierllp.com

*Counsel for Defendants,
Counterclaim-Plaintiffs
Robe Show Lighting s.r.o., and
Robe America, LLC*

2